William B. Sullivan [CSB No. 171637]
helen@sullivanlawgroupapc.com
Eric K. Yaeckel [CSB No. 274608]
yaeckel@sullivanlawgroupapc.com
**SULLIVAN & YAECKEL LAW GROUP, APC**
2330 Third Avenue
San Diego, California 92101
phone: (619) 702-6760  |  fax: (619) 702-6761

Derik N. Lewis (SBN 219981)
dlewis@VantisLaw.com
**VANTIS LAW FIRM, APC**
120 Vantis Drive, Suite 300
Aliso Viejo, California 92656
phone: (949) 216-0935  |  fax: (949) 296-0935

Attorneys for Plaintiffs
Rima Radwan and Nader Najem

[Additional Counsel on Following Page]

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIMA RADWAN, an individual, and NADER NAJEM, an individual; <br><br> Plaintiffs, <br><br> vs. <br><br> NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, a Delaware limited liability company; THE MORTGAGE LAW FIRM, A PROFESSIONAL LAW CORPORATION, a California corporation; and DOES 1 through 50, Inclusive, <br><br> Defendants. | Case No. 8:21-cv-269-CJC-KES <br><br> **JOINT STIPULATION AND REQUEST TO POSTPONE SCHEDULING CONFERENCE & ORDERS** |

Stipulation Regarding Scheduling Conference & Orders

**YU | MOHANDESI LLP**
Jordan S. Yu (SBN 227341)
213.377.5502 | jyu@yumollp.com
Pavel Ekmekchyan (SBN 223222)
213.985.2007 | pavel@yumollp.com
Tuan V. Uong (SBN 272447)
213.500.0662 | tuong@yumollp.com
Lisa M. Lawrence (SBN 240375)
213.377.5504 | llawrence@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile
Attorneys for Defendant NewRez LLC dba Shellpoint Mortgage Servicing

James F. Lewin (SBN 140268)
THE MORTGAGE LAW FIRM, PLC
27455 Tierra Alta Way, Suite B
Temecula, California 92590
Telephone: (619) 465-8200
Facsimile: (951) 225-4073
james.lewin@mtglawfirm.com

Attorneys for Defendant
THE MORTGAGE LAW FIRM, PLC

Stipulation Regarding Scheduling Conference &
Orders

Plaintiffs RIMA RADWAN and NADER NAJEM ("Plaintiffs") and Defendants NEWREZ LLC and THE MORTGAGE LAW FIRM, PLC ("Defendants" and jointly "the parties") hereby file this Joint Stipulation to request that the Court delay issuing a scheduling order until after the Court rules on NEWREZ LLC's upcoming motion to dismiss pursuant to F.R.C.P. 12(b)(6).

WHERAS, the Court's Notice of Intent states that on April 8, 2021, the Court will issue a scheduling order. (Doc. # 16.)

WHERAS, the parties conducted a Rule 26(f) conference on March 17, 2021.

WHERAS, Defendant NEWREZ LLC has provided notice of its intent to bring a motion to dismiss pursuant to F.R.C.P. 12(b)(6).

WHERAS, the outcome of that motion will directly impact what discovery needs to be conducted going forward.

WHERAS, this matter is alleged as a class action and Defendants have indicated (among other potential objections) that it would be burdensome to require class action discovery until the motion to dismiss is resolved.

WHEREAS, Plaintiffs maintain the timing of when a motion for class certification can be filed will be contingent on receipt of class action discovery.

Accordingly, the parties stipulate (and seek approval from the Court) as follows:

(1) The parties shall be temporarily excused from compliance with filing a report pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1;

Stipulation Regarding Scheduling Conference & Orders

(2) The parties will file a completed Rule 26(f) report within 14 days after a ruling on NEWREZ LLC's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6); and

(3) The parties request the Court defer setting a scheduling order until after the Rule 26(f) report is filed.

IT IS HEREBY STIPULATED.

Dated: March 22, 2021                     **SULLIVAN & YAECKEL LAW GROUP, APC**

                                          */s/ Eric K. Yaeckel*
                                          _____
                                          Eric K. Yaeckel
                                          Ryan T. Kuhn
                                          Attorneys for Plaintiffs RIMA RADWAN and
                                          NADER NAJEM

Dated: March 22, 2021                     **YU | MOHANDESI LLP**

                                          */s/ Pavel Ekmekchyan*
                                          _____
                                          Jordan S. Yu
                                          Pavel Ekmekchyan
                                          Tuan V. Uong
                                          Lisa M. Lawrence
                                          Attorneys for Defendant NewRez, LLC dba
                                          Shellpoint Mortgage Servicing

Dated: March 22, 2021                     THE MORTGAGE LAW FIRM, PLC

                                          */s/ James F. Lewin*
                                          _____
                                          James F. Lewin
                                          Attorneys for Defendant THE MORTGAGE
                                          LAW FIRM, PLC

Stipulation Regarding Scheduling Conference &
Orders