**FILED**
CLERK, U.S. DISTRICT COURT

3/24/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

**NOTE CHANGES MADE BY THE COURT**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIMA RADWAN, an individual, and NADER NAJEM, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, a Delaware limited liability company; THE MORTGAGE LAW FIRM, A PROFESSIONAL LAW CORPORATION, a California corporation; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 8:21-cv-269-CJC-KES<br><br>**ORDER (DKT. 19)** |

IT IS HERBY ORDERED that, pursuant to the Stipulation to Continue the Scheduling Conference and related Scheduling Order, filed by Plaintiffs RIMA RADWAN and NADER NAJEM ("Plaintiffs") and Defendants NEWREZ LLC and THE MORTGAGE LAW FIRM, PLC ("Defendants") (Plaintiffs and Defendants collectively referred to as the "parties"), and for good cause shown:

(1) The parties are temporarily excused from compliance with filing a report pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1;

(2) The parties will file a completed Rule 26(f) report within 14 days after a ruling on NEWREZ LLC's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) – *the referenced motion shall be filed no later than the current response date of April 2, 2021*; and

(3) The Court will defer issuing a scheduling order until after receipt of the parties Rule 26(f) report.

IT IS HEREBY ORDERED.

DATED: March 24, 2021

---

HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE