1  James F. Lewin (SBN 140268)
2  THE MORTGAGE LAW FIRM, PLC
   27455 Tierra Alta Way, Suite B
3  Temecula, California 92590
4  Telephone: (619) 465-8200
   Facsimile:  (951) 225-4073
5  james.lewin@mtglawfirm.com

6
   Attorneys for Defendant
7  THE MORTGAGE LAW FIRM, PLC

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  RIMA RADWAN, an individual; and<br>12  NADER NAJEM, an individual,<br>13              Plaintiffs,<br>14     vs.<br>15<br>16  NEWREZ LLC D/B/A SHELLPOINT<br>    MORTGAGE SERVICING, a Delaware<br>17  limited liability company;<br>18  THE MORTGAGE LAW FIRM, A<br>    PROFESSIONAL LAW<br>19  CORPORATION, and DOES 1 through<br>20  50, Inclusive,<br>21              Defendants. | Case No.  8:21-cv-00269-CJC (KES)<br><br>[Hon. Maame Ewusi-Mensah Frimpong<br><br>NOTICE OF SETTLEMENT AND<br>STIPULATION FOR DISMISSAL OF<br>ACTION WITH PREJUDICE AS TO<br>DEFENDANT THE MORTGAGE<br>LAW FIRM, PLC |

22
23
24
25
26
27
28

1
NOTICE OF SETTLEMENT AND STIPULATION
FOR DISMISSAL OF ACTION WITH PREJUDICE

Defendant THE MORTGAGE LAW FIRM, PLC erroneously named and served as THE MORTGAGE LAW FIRM, A PROFESSIONAL LAW CORPORATION ("TMLF") and Plaintiffs RIMA RADWAN and NADER NAJEM ("Plaintiffs") through counsel, hereby submit the instant Notice of Settlement and Stipulation for Dismissal of Action with prejudice as to TMLF as follows:

Plaintiffs have reached a settlement to resolve all claims alleged and to dismiss this action with prejudice as to Defendant TMLF.

NOW THEREFORE, IT IS HEREBY STIPULATED that as to Defendant TMLF, the instant action is dismissed with prejudice.

IT IS SO STIPULATED

DATED: February 24, 2022      SULLIVAN & YAECKEL LAW
                              GROUP, APC

                              BY:  /s/Eric K. Yaeckel
                                   Eric K. Yaeckel
                                   Attorneys for Plaintiffs RIMA
                                   RADWAN and NADER NAJEM

DATED: February 24, 2022      THE MORTGAGE LAW FIRM, PLC



                              BY:  /s/James F. Lewin
                                   JAMES F. LEWIN
                                   Attorneys for Defendant
                                   THE MORTGAGE LAW FIRM, PLC

# PROOF OF SERVICE

I, James F. Lewin, am a resident of the State of California and over the age of 18 years and not a party to or interested case no. 8:21-cv-00269-CJC (KES). I am an employee of The Mortgage Law Firm, PLC, and my business address is 27455 Tierra Alta Way, Suite B, Temecula, California 92590. On February 25, 2022, NOTICE OF SETTLEMENT AND STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO DEFENDANT THE MORTGAGE LAW FIRM, PLC; [PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO DEFENDANT THE MORTGAGE LAW FIRM, PLC

- MAIL: by placing a true copy(ies) of the document(s) in a sealed envelope(s) for collection and mailing in the outgoing mail in my office for deposit in the United States Mail, addressed as shown below. I am readily familiar with the business practice at my place of business for collection and processing of outgoing mail with the United States Postal Service. On the same day that the outgoing mail is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.
- FEDERAL: I declare that I am a member of the bar of this court.
- (BY CM/ECF SERVICE): I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

Said document(s) was/were served on the following persons:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 25, 2022 at Temecula, California.

/s/James F. Lewin
James F. Lewin

## SERVICE LIST

Case No. 8:21-cv-00269-CJC (KES)

| Attorneys for Plaintiffs<br><br>Derik N. Lewis, Esq.<br>Vantis Law Firm, APC<br>120 Vantis Drive, Suite 300<br>Aliso Viejo, California 92656<br><br>Email: dlewis@VantisLaw.com | Attorneys for Plaintiffs<br><br>Eric K. Yaeckel, Esq.<br>Sullivan & Yaeckel Law Group, APC<br>2330 Third Avenue<br>San Diego, CA 92101<br><br>Email: yaeckel@sullivanlawgroupapc.com |
|---|---|
| Attorneys for Defendant NewRez LLC<br><br>Parisa Jassim, Esq.<br>Akerman LLP<br>601 West Fifth Street, Suite 300<br>Los Angeles, CA 90071<br><br>Email: parisa.jassim@akerman.com<br><br>Alan M. Hurst, Esq.<br>Akerman LLP<br>170 South Main Street, Suite 725<br>Salt Lake City, Utah 84101<br><br>Email: alan.hurst@akerman.com | |