UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIMA RADWAN, an individual; and NADER NAJEM, an individual,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, a Delaware limited liability company; THE MORTGAGE LAW FIRM, A PROFESSIONAL LAW CORPORATION, and DOES 1 through 50, Inclusive,<br><br>　　　　　　　　　Defendants. | Case No.  8:21-cv-00269-MEMF(KESx)<br><br>ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO DEFENDANT THE MORTGAGE LAW FIRM, PLC<br>[ECF No. 52] |

1  The Court having considered the NOTICE OF SETTLEMENT AND STIPULATION FOR
2  DISMISSAL OF ACTION WITH PREJUDICE AS TO DEFENDANT THE MORTGAGE LAW
3  FIRM, PLC filed by Plaintiffs and Defendant The Mortgage Law Firm, PLC, and finding good cause
4  therefor, hereby GRANTS the Stipulation and ORDERS as follows:

   This action is dismissed with prejudice as to Defendant THE MORTGAGE LAW FIRM, A PROFESSIONAL LAW CORPORATION.

IT IS SO ORDERED.

Dated: March 9, 2022

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge