**AKERMAN LLP**
PARISA JASSIM (SBN 273915)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342
Email: parisa.jassim@akerman.com

ALAN M. HURST (*admitted pro hac vice*)
170 South Main Street, Suite 725
Salt Lake City, Utah 84101
Telephone: (801) 907-6900
Facsimile: (801) 355-0294
Email: alan.hurst@akerman.com

Attorneys for Defendant NewRez LLC dba Shellpoint Mortgage Servicing

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| RIMA RADWAN, an individual, and NADER NAJEM, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, a Delaware limited liability company; THE MORTGAGE LAW FIRM, A PROFESSIONAL LAW CORPORATION, a California corporation; and DOES 1 through 50, Inclusive,<br><br>    Defendants. | Case No.: 8:21-cv-269-CJC-KES<br><br>Honorable Cormac J. Carney<br><br>**NOTICE OF SETTLEMENT** |

1  Rima Radwan and Nader Najem and Newrez LLC d/b/a Shellpoint Mortgage
2  Servicing notify the court they successfully settled their dispute and request the court stay
3  all pending deadlines sixty (60) days for the parties to memorialize their agreement and
4  submit the needed material for the court to dismiss this matter.

   WHEREFORE, premises considered, the parties respectfully request the court retain jurisdiction over this matter, stay all pending deadlines, settings, and related matters for sixty (60) days, and maintain the case open on the court's docket until the parties file formal dismissal papers.

   DATED: October 17, 2022

SULLIVAN LAW GROUP LLP

*/s/ Eric K. Yaeckel – with permission*
Eric K. Yaeckel

*Attorneys for Plaintiffs*


**AKERMAN LLP**

 */s/ Alan. M. Hurst*
Parisa Jassim
Alan M. Hurst

*Attorneys for Defendant NewRez LLC dba Shellpoint Mortgage Servicing*

AKERMAN LLP
601 W. FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

2                    CASE NO. 8:21-cv-269-CJC-KES
**NOTICE OF SETTLEMENT**

# PROOF OF SERVICE

I am employed in the City and County of Salt Lake City in the State of Utah. I am over the age of 18 and not a party to the within action. My business address is 170 So. Main Street, Suite 725, Salt Lake City, Utah 84101.

On **October 17, 2022**, I served the following document(s) described as:

**NOTICE OF SETTLEMENT**

on the persons below as follows:

| | |
|---|---|
| Derik N. Lewis, Esq.<br>Vantis Law Firm, APC<br>120 Vantis Dr. Ste. 92656<br>Aliso Viejo, CA. 92656<br>Email: dlewis@vantislaw.com | Eric K. Yaeckel, Esq.<br>Sullivan & Yaeckel Law Group, APC<br>2330 Third Ave.<br>San Diego, CA 92101<br>Email: yaeckel@sullivanlawgroupapc.com |
| *Attorneys for Plaintiffs* | *Attorneys for Plaintiffs* |

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Denver, Colorado on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

☐ (State) I declare under penalty of perjury under the laws of the State of Colorado that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **October 17, 2022**, at Salt Lake City, Utah

| Doug J. Layne | */s/ Doug J. Layne* |
|---|---|
| (Type or print name) | (Signature) |

**AKERMAN LLP**
601 W. FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342